SALVATORE ONDATO, Respondent, v. CORNELIUS J. O'CONNELL, Appellant.— Motion for leave to appeal to the Court of Appeals granted on condition that within ten days from the entry of the order hereon appellant file a written undertaking, as required by section 593 of the Civil Practice Act; otherwise, motion denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, p. 908.]

SELMAR GARAGE CORPORATION, Respondent, v. RINK REALTY CORPORATION, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term entered June 3, 1948, properly made? Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, p. 841.]

MICHAEL WAJTMAN, Plaintiff, v. PENNSYLVANIA RAILROAD COMPANY et al., Defendants. BROOKLYN EASTERN DISTRICT TERMINAL, Third-Party Plaintiff, v. CANADIAN NATIONAL RAILROAD, Third-Party Defendant. BROOKLYN EASTERN DISTRICT TERMINAL, Third-Party Plaintiff-Respondent, v. MAINE CENTRAL RAILROAD COMPANY, Third-Party Defendant-Appellant. BROOKLYN EASTERN DISTRICT TERMINAL, Third-Party Plaintiff, v. WHEELING AND LAKE ERIE RAILWAY COMPANY, Third-Party Defendant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term dated August 16, 1948, properly made? Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, p. 942.]

PATRICIA P. BRIDGE, Appellant, v. MARIE A. DURY, Respondent.— In an action to recover damages for wrongful discharge, judgment in favor of defendant, entered upon a jury verdict, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

MARIA CALABRIA et al., Appellants, v. LESTER W. AUMAN, Respondent, et al., Defendants.— In an action to recover damages for personal injuries sustained by the female plaintiffs, and for expenses and loss of services sustained by the husbands of two of said plaintiffs, judgment in favor of respondent and against appellants unanimously affirmed, with costs. Order denying plaintiffs' motion to set aside the verdict of the jury and for a new trial unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

FRANK CATAPANO et al., Copartners Doing Business as CATAPANO & FRANZESE Co., Appellants, v. ALBERT CLEMENTE et al., Respondents, et al., Defendants.— In an action to foreclose a mechanic's lien and for a money judgment for work partially completed under a subcontract, the complaint was dismissed on the ground of abandonment of the uncompleted portion of the subcontract, and the respondent-contractor was awarded a judgment on his counterclaim for damages, representing the increased cost of completing the work, less the unpaid amount to which plaintiffs were entitled for the work they actually completed. Plaintiffs appeal. On the argument of the appeal, plaintiffs conceded that the notice of lien was invalid. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.